UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP JAMES BROWN, JR., | Case No. 5:26-cv-03144 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| IMPERFECT FOODS, INC., and others, | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Noel Wise for consideration of whether the case is related to 5:25-cv-10416 NW, *Phillip James Brown, Jr. v. Imperfect Foods, Inc., et al.*

Dated: April 14, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-03144 NC
SUA SPONTE JUDICIAL REFERRAL